John T. Bush, Respondent, v. Charles Mamroe and Another, Appellants.— Judgment affirmed, with costs. All concurred.

Town of Cheektowaga, Appellant, v. Daniel J. Abendschein and Others, Respondents, Impleaded with the Terminal Railway of Buffalo, Appellant.— Order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that the $3,000 award is excessive.

Orin H. Hall, Respondent, v. John R. Keil and Another, Appellants, Impleaded with Charles P. Evans, Respondent.—Judgment affirmed, with costs. All concurred.

William Maloney, an Infant, etc., Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

John Brown, Plaintiff, v. General Drop Forge Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Lockport Canning Company, Respondent, v. Rosario Pusateri, Appellant.— Judgment affirmed, with costs. All concurred.

James Conway, Respondent, v. George R. Miller Company, Appellant. Judgment and order affirmed, with costs. All concurred.

Margaret E. Phillips, as Administratrix, etc., Plaintiff, v. Crosstown Street Railway Company of Buffalo and International Railway Company,